IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUUL LABS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED WHOLESALE, LLC<br><br>SADDAM ABUROUMI<br><br>        Defendants. | Civil Action No. 3:18-cv-01891-SRU |

## REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER

Plaintiff Juul Labs, Inc. and Defendant Saddam Aburoumi, by and through their respective counsel, hereby enter the following stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the Court's approval.

Having executed a Confidential Settlement Agreement of this matter, a true and correct redacted copy of which is attached as **Exhibit A**, the parties request an order that:

1. The claims against Defendant Saddam Aburoumi as stated in the Complaint are dismissed with prejudice in accordance with the Confidential Settlement Agreement; and

2. This Court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement. *See Hendrickson v. U.S.*, 791 F.3d 354, 361 (2d Cir. 2015) ("*Kokkonen* expressly contemplates that a court may take the same steps to retain

1

jurisdiction over a settlement agreement whether a case is dismissed under Rule 41(a)(1) or Rule 41(a)(2).").[1]

Dated: March 7, 2019

        PLAINTIFF
        JUUL LABS, INC.

By:     /s/ Matthew C. Brown
     Robert M. Langer (ct06305)
     Matthew C. Brown (ct28331)
     Wiggin and Dana LLP
     20 Church Street
     Hartford, CT 06103
     (860) 297-3706
     (860) 525-9380 fax
     Email: mbrown@wiggin.com
           rlanger@wiggin.com

Attorneys for Juul Labs, Inc.

**DEFENDANT,**
**SADDAM ABUROUMI**

By:     /s/ Glenn Formica
     Glenn Formica
     Formica Williams, PC
     195 Church Street
     Suite 11th Floor
     New Haven, CT 06510
     203-787-1946
     203-787-6766, fax
     gformica@formicalaw.com

---

[1] This Court previously entered judgment of dismissal against Defendant United Wholesale LLC in the above captioned matter. ECF Doc. ## 32 and 33. The present Motion, directed at Defendant Saddam Aburoumi, will now fully dispose of this entire case.

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Matthew C. Brown
Robert M. Langer (ct06305)
Matthew C. Brown (ct28331)
Wiggin and Dana LLP
20 Church Street
Hartford, CT 06103
(860) 297-3706
(860) 525-9380 fax
Email: rlanger@wiggin.com
       mbrown@wiggin.com