# EXHIBIT A

## CONFIDENTIAL SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT (the "Agreement") is made this 25th day of January, 2019 (the "Effective Date"), between, on the one hand, Juul Labs, Inc. ("JLI"), a privately-held corporation organized and existing under the laws of the state of Delaware, with its principal place of business at 560 20th Street, San Francisco, California 94107, and, on the other hand, Saddam Aburoumi, an individual residing at 193 Homestead Street, Unit D3, Manchester, CT 06042. JLI and Aburoumi are individually referred to herein as a "Party" and collectively as the "Parties."

WHEREAS, JLI named Aburoumi as a Respondent in a Complaint ("Complaint") in an investigation styled *In the Matter of Certain Cartridges for Electronic Nicotine Delivery Systems and Components Thereof*, filed on November 20, 2018, and instituted by the United States International Trade Commission (the "Investigation") for violation of Section 337 of the Tariff Act of 1930, as amended by way of manufacturing, distributing, selling in the United States, and/or otherwise dealing in certain cartridges for electronic nicotine delivery systems ("ENDS") and components thereof that infringe certain JLI U.S. Patent Nos. 10,058,129, 10,111,470, 10,117,465, 10,117,466, and 10,104,915 (the "Asserted Patents");

WHEREAS, JLI named Aburoumi as a Defendant in a district court complaint, captioned *Juul Labs, Inc. v. United Wholesale LLC*, Case No. 3:18-cv-01891-SRU (D. Conn.) (the "District Court Suit") for infringing JLI's patents;

WHEREAS, Aburoumi denies liability to the claims asserted by JLI in its Complaint and in the District Court Suit, but recognizes his potential liability as may be found by a Trier of Fact ;

WHEREAS, Aburoumi desires to work with JLI in an effort to resolve the Complaint and the District Court Suit, assist JLI with protecting its intellectual property, and prevent products that infringe JLI's intellectual property from being sold through Aburoumi;

NOW, THEREFORE, in consideration of the premises and the mutual covenants hereinafter contained and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:



Initial S. A.



2

Initial S. A.



Initial



4

Initial S.A.



Initial



6

Initial S.A.



7

Initial S.A.

**AGREED TO:**

JUUL Labs, Inc.

By: *Matthew J. Hult*
DocuSigned by:
0288D186A427437...

Its: Sr. Director, IP

Date: 25-Jan-2019

Saddam Aburoumi

By: _____

Date: 01/24/19

8

Initial S+A

# APPENDIX 1
# EXAMPLES OF SUBJECT ARTICLES



9                                    Initial S.A.



10                                    Initial S. A.